# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Robertson, Katherine A. | **2. Court or Organization**<br><br>United States District Court for the District of Massachuset | **3. Date of Report**<br><br>08/02/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full time Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |
| **7. Chambers or Office Address**<br><br>300 State Street<br>Springfield, MA 01105 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. + Common Stocks - Brokerage Account (H) | | | | | | | | | |
| 2. -Adient PLC, ordinary shs | A | Dividend | J | T | | | | | |
| 3. -Johnson Controls Intl, PLC, ordinary shs | A | Dividend | K | T | | | | | |
| 4. -AFLAC connom | B | Dividend | L | T | | | | | |
| 5. -AT&T common | C | Dividend | L | T | | | | | |
| 6. -Avery Dennison, common | A | Dividend | J | T | | | | | |
| 7. -Century Link, common | A | Dividend | J | T | | | | | |
| 8. -Chevron, common | B | Dividend | K | T | | | | | |
| 9. -Colgate-Palmolive, common | B | Dividend | L | T | | | | | |
| 10. -Diebold Nixdorf, common | A | Dividend | J | T | | | | | |
| 11. -EMC Insurance Group, common | A | Dividend | J | T | | | | | |
| 12. -Emerson, common | A | Dividend | J | T | | | | | |
| 13. -ExxonMobil, common | D | Dividend | M | T | | | | | |
| 14. -H.B. Fuller, common | A | Dividend | K | T | | | | | |
| 15. -HSBC Holdings, common | A | Dividend | J | T | | | | | |
| 16. -Howard Hughes, common | | None | J | T | | | | | |
| 17. -Intel, common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invacare, common | A | Dividend | J | T | | | | | |
| 19. -Koninklijke Ahold Delhaize N.V. (New), shs | A | Dividend | J | T | | | | | |
| 20. -Modine Mfg Co common (X) | | None | J | T | | | | | |
| 21. -Monsato, common | A | Dividend | K | T | | | | | |
| 22. -Motorola Solutions, common | A | Dividend | J | T | | | | | |
| 23. -Pepsico, common | A | Dividend | K | T | | | | | |
| 24. -Pfizer, common | A | Dividend | J | T | | | | | |
| 25. -PolyOne, common | A | Dividend | K | T | | | | | |
| 26. -Quanex Building Products, common | A | Dividend | J | T | | | | | |
| 27. - Ryder, common | A | Dividend | J | T | | | | | |
| 28. -Southern Co, common | A | Dividend | J | T | | | | | |
| 29. -TD Bank, common | A | Dividend | J | T | | | | | |
| 30. -Verizon, common | A | Dividend | J | T | | | | | |
| 31. -Wells Fargo, common | B | Dividend | L | T | | | | | |
| 32. -Whirlpool, common | A | Dividend | J | T | | | | | |
| 33. -Camden Property Trust, common | A | Distribution | J | T | | | | | |
| 34. -General Growth Properties, common | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -UDR, common | A | Distribution | J | T | | | | | |
| 36. TIAA-CREF Funds (H) | | | | | | | | | |
| 37. -TIAA-CREF International Equity Fund | B | Distribution | L | T | | | | | |
| 38. -TIAA-CREF Money Market Fund | B | Dividend | N | T | | | | | |
| 39. -TIAA-CREF Growth & Income Fund | B | Distribution | L | T | | | | | |
| 40. -TIAA-CREF Large-Cap Growth Fund | C | Distribution | L | T | | | | | |
| 41. -TIAA-CREF Bond Plus Fund | B | Dividend | K | T | | | | | |
| 42. US Savings Bonds, EE | A | Interest | J | T | | | | | |
| 43. MTL Insurance Co-life Ins $1,000 face, 57 yr pay in, 'whole life' | A | Interest | J | T | | | | | |
| 44. TD Bank, account | A | Interest | N | T | | | | | |
| 45. Check held personal possesson proceeds exempt transation (X) | | None | M | T | | | | | |
| 46. Undeveloped Land - Conway, MA - parcel 2, 54 acres, value $72,832 (X) | | None | | | Sold | 06/29/17 | M | E | |
| 47. | | | | | Donated | | | | |
| 48. Undeveloped Land-Conway, MA - parcel 3, 6 acres, value $32,823 (X) | | None | K | S | | | | | |
| 49. Undeveloped Land - Conway, MA - parcel 4, 3 acres, value $79,020 (X) | | None | L | S | | | | | |
| 50. Reitrement Accounts (H) | | | | | | | | | |
| 51. -CREF Stock Fund' | | None | | | Distributed | 01/01/17 | P1 | | Rename to lines 52, 54,56 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. –CREF Stock Fund - R2 - employer contribution | | None | P1 | T | Spinoff (from line 51) | 01/01/17 | O | | |
| 53. | | | | | Distributed (part) | 12/15/17 | L | | |
| 54. –CREF Stock Fund - R2 - Annuity | | None | O | T | Spinoff (from line 51) | 01/01/17 | O | | |
| 55. | | | | | Distributed (part) | 12/15/17 | K | | |
| 56. - CREF Stock Fund R1 | | None | M | T | Spinoff (from line 51) | 01/01/17 | L | | |
| 57. –CREF Growth Fund - R1 | | None | K | T | Spinoff (from line 62) | 03/03/17 | K | | |
| 58. –CREF Equity Index Fund - R1 | | None | K | T | Spinoff (from line 62) | 03/03/17 | K | | |
| 59. –CREF Global Equities Fund - R1 | | None | K | T | Spinoff (from line 62) | 03/03/17 | K | | |
| 60. –TIAA Real Estate Fund | | None | L | T | Spinoff (from line 62) | 03/03/17 | K | | |
| 61. –CREF Bond Market Fund - R1 | | None | K | T | Spinoff (from line 62) | 03/03/17 | K | | |
| 62. –Wells Fargo Adv Growth Fund | | None | | | Distributed | 02/27/17 | M | E | Transfer all to CREF & MRD |
| 63. –TIAA Tradtional Annuity | | None | | | Distributed | 01/01/17 | K | | Rename to lines 64,65 |
| 64. –TIAA Traditional Annuity | | None | J | T | Spinoff (from line 63) | 01/01/17 | K | | |
| 65. –TIAA Traditional Annuity | | None | K | T | Spinoff (from line 63) | 01/01/17 | K | | |
| 66. - CREF Stock Fund | | | | | Distributed | 01/01/17 | M | | Rename to lines 67,68,69 |
| 67. –CREF Stock Fund - R3 | | None | K | T | Spinoff (from line 66) | 01/01/17 | J | | |
| 68. –CREF Stock Fund - R2 | | None | L | T | Spinoff (from line 66) | 01/01/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -CREF Stock Fund - R1 | | None | L | T | Spinoff (from line 66) | 01/01/17 | L | | |
| 70. -TIAA-CREF, Teachers Personal Annuity | | None | L | T | | | | | |
| 71. -SMART Capital Presevation Fund | | None | L | T | | | | | |
| 72. -MM S&P 500 Index (Northrn Trst) | | None | P1 | T | | | | | |
| 73. Delhaize Group, common | | None | | | Merged (with line 19) | 01/01/17 | J | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII  As investments were moved between custodians, the ordering of the individual stocks was arranged to follow the listings by the new custodians.

Part VII Line 20 - Modine Mfg Co.  prior years no income and value below $1,000

Part VII Lines 45, 46, 47, 48, 49.  Druing 2016 we moved to a new home and placed our ████████ on the market.  Not finding a buyer of the entire ████ parcel, we separated the contiguous property into four separaste units.  Parcel 1 included ████████████, parcels 2, 3 and 4 were offered as undeveloped lots.  The undeveloped lots were added to the schedule due to their being separated from ████████ parcel, a non-reportable investment.  During 2017, parcel 1, containing ████████████, was sold on 12/31/2017.  Teh proceeds of this transaction (nonreportable) in the form of check payable to us dated 12/31/2017 was not deposited into our bank account until 01/02/2018, thus line 49 indicating we werde holding a check from a nonreportable transaction.  Parcel 2 (reported on lines 46 and 47) was sold after we donated the development rights (06/20/2017), except for a small building lot.  Assessment vlaues for lines 46, 48, and 49 are the values from the real estate bills sent by the town of Conway, Massachusetts.  Massachusetts law requrires use of current market values for real estate tax assessment purposes.

Part VII lines 50 to 72.  "None" is entered for income for these retirment funds.  The fund managers do not provide income information, just the market value.  To better follow the information provided by TIAA certain CREF Funds are now reported with R1, R2, or R3 added to the description to indicate different sources of funding and/or fees charged the fund.  Last year's CREF Stock Fund and  TIAA Traditional Annuity have been separated into individual funds to reflect this.  No money/investments were involved, added or subtractedf, just names modified to better relfect how the fund managers were reporting.  Some funds just had the R1, R2, or R3 added to the name, others the prior year fund was divided up to reflect the more precise manager reporting.  This makes for easier reporting on this report as required minimum distributions from the various precise funds come into play.

Part VII line 73 Delhaize Group, last year it was lsted with a spinoff to Koninklikle Ahold Delhaize N. V. on 08/08/16.  Since then it has become clear that it was a complete merger, not just a partial spinoff.  I used the date of 01/01/2017 to relfect that new information and remove itfrom the stock listing.

Also, as investments were moved between custodians, the ordering of the individual stocks was arranged to follow the listings by the new custodian, lines 1 to 35.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Robertson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544